IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK MELILLI, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 10-cv-5865 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY | : | |
| | : | |
| Defendant. | | |

**ORDER**

AND NOW, this    26th    day of September, 2012, upon consideration of Defendant's Amended Motion for Summary Judgment (Doc. No. 23), Plaintiff's Response in opposition thereto (Doc. No. 30), Defendant's Reply in further support thereof (Doc. No. 33), Plaintiff's Sur-Reply (Doc. No. 36) and Defendant's Sur Sur-Reply (Doc. No. 39), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is DENIED as to the Plaintiff's September 23, 2008 interference claim and the Plaintiff's retaliation claim.  The Motion is otherwise GRANTED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.